MARYLAND NATIONAL INSURANCE CO. ET AL. *v.*
SEVENTH JUDICIAL DISTRICT COURT
OF OKLAHOMA COUNTY ET AL.

No. 482.  Decided November 10, 1969

*O. B. Martin* for appellants.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.
Treating the papers whereon the appeal was taken as a
petition for a writ of certiorari, certiorari is denied.

STEIN *v.* ILLINOIS ET AL.

No. 502.  Decided November 10, 1969

*Yale Stein,* appellant, *pro se.*
*Elmer C. Kissane* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of jurisdiction.  Treating the papers
whereon the appeal was taken as a petition for a writ of
certiorari, certiorari is denied.